UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD KRICK, Individually and on Behalf of the Estate of Oliver Krick; MARGARETA KRICK; CHRISTOPHER KRICK; DOUGLAS KEVORKIAN, Individually and on Behalf of the Estate of Ralph Kevorkian; LISA MICHELSON, Individually and on Behalf of the Estate of Yonatan Rojany; ERIC ROJANY; JODELLE GEARON, Individually And on Behalf of the Estate of Daniel Gaetke; TODD GATEKE; CRAIG GAETKE; WANDA KEMP, Individually and on Behalf of the Estates of O. Lamar Allen and Ashton Allen; CHRISTINE GROGAN; EILEEN ZAHARIOUDAKIS, Individually and on Behalf of the Estate of Donald Gough; and MICHAEL; DETERSA.<br><br>*Plaintiffs,*<br><br>vs.<br><br>RAYTHEON COMPANY; LOCKHEED MARTIN CORPORATION; UNITED STATES; and DOES 1 through 20, inclusive,<br><br>*Defendants.* | Civil Action No.:  1:22-cv-11032-AK |

**DECLARATION OF MICHAEL K. LANE, ESQ. IN SUPPORT OF DEFENDANT
RAYTHEON COMPANY'S MOTION TO DISMISS**

I, MICHAEL K. LANE, ESQ., an attorney duly licensed to practice law before the United States District Court for the District Court of Massachusetts, hereby declare under penalty of perjury that the foregoing is true and correct:

1. I am an attorney with the firm of Day Pitney LLP, counsel for Raytheon Company ("Raytheon").

2. I submit this declaration and the exhibits attached hereto in support of Raytheon's Motion to Dismiss.

3. Attached hereto as **Exhibit "A"** is a true and correct copy of the National Transportation Safety Board Aircraft Accident Report, TWA Flight 800, adopted August 23, 2000.

4. Attached hereto as **Exhibit "B"** is a true and correct copy of the National Transportation Safety Board Public Docket, Designation of Parties, Exhibit No. 1D, Docket No. SA-516, dated July 1, 1997.

5. Attached hereto as **Exhibit "C"** is a true and correct copy of the New York Times article "Explosion Aboard T.W.A. Flight 800: The Overview; Investigators Suspect Explosive Device as Likeliest Cause for Crash of Flight 800," dated July 19, 1996.

6. Attached hereto as **Exhibit "D"** is a true and correct copy of the docket for *In re: Air Crash TWA*, No. 1:96cv7986, MDL No. 1161 (October 24, 1996).

7. Attached hereto as **Exhibit "E"** are true and correct copies of the following:

   a. Stipulation and Order of Dismissal with Prejudice of All Claims Arising from the Death of Donald E. Gough, dated December 18, 2000;

   b. Stipulation and Order of Dismissal with Prejudice of All Claims Arising from the Death of Ronald W. Krick, dated March 12, 2001;

   c. Stipulation and Order of Dismissal with Prejudice of All Claims Arising from the Death of Avishai Meshulam, dated May 14, 2001;

   d. Stipulation and Order of Dismissal with Prejudice of All Claims Arising from the Death of Ashton Lamar Allen, dated November 28, 2001;

   e. Stipulation and Order of Dismissal with Prejudice of All Claims Arising from the Death of Otis Lamar Allen, dated November 28, 2001;

    f.   Stipulation and Order of Dismissal with Prejudice of All Claims Arising from the Death of O. Lamar Allen, dated November 9, 2001; and

    g.   Stipulation and Order of Dismissal with Prejudice of All Defendants from Consolidated Action

8. Attached hereto as **Exhibit "F"** is a true and correct copy of the docket for *Rojany v. T.W.A.*, No. 1:97cv6809 (Sept. 15, 1997).

9. Attached hereto as **Exhibit "G"** is a true and correct copy of the docket from *Krick v. Boeing Co.*, No. 1:98cv7011 (Oct. 6, 1998).

Dated: December 16, 2022

          /s/*Michael K. Lane*
          Michael K. Lane (BBO# 673501)
          mlane@daypitney.com
          DAY PITNEY LLP
          One Federal Street, 29th Floor
          Boston, MA 02110
          Tel.: (617) 345-4624

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on December 16, 2022.

          /s/*Michael K. Lane*
          Michael K. Lane

113457785.1