

**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9620 MARYLAND AVENUE SUITE 205
NORFOLK, VA 23511-2949

```
                                    5890
                                    Ser J220020 et al
                                    December 28, 2021
```

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

TODD A WALBURG
BAILEY GLASSER LLP
1999 HARRISON ST STE 660
OAKLAND CA 94612

Dear Mr. Walburg:

SUBJECT:   SEE ATTACHED ENCLOSURE FOR LIST OF CLAIMANTS;
           OUR FILE NOs. J220020, J220021, J220022, J220023,
           J220024, J220025, J220026, J220027, J220028, J220029,
           J220030, J220031, J220032, J220033, J220034

    This responds to your clients' administrative claims in the amount of $10,000,000.00 each for damages allegedly resulting from the negligent firing of missiles off the coast of New York/New Jersey, in close proximity to commercial airline flight paths, and allegedly causing the crash of TWA Flight 800 on July 17, 1996. Your clients' claims were analyzed under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2401(b), and 2671-2680. Our review has determined the United States is not liable under the FTCA for the damages claimed.

    The United States is liable under the FTCA when the negligence or wrongful act of a Federal employee proximately causes injury. The damages alleged did not result from any negligent act or omission on the part of an employee of the United States.

    Additionally, a claim against the United States under the FTCA is forever barred unless presented in writing to the appropriate Federal agency within two years of the date such claim accrued. See 28 U.S.C. § 2401(b). In this case, the claim accrued on July 17, 1996, and any claim arising from the incident had to be filed with the appropriate Federal agency no later than two years from that date. Your clients' claims were filed on October 4, 2021. Accordingly, your clients' claims are denied.

```
                                            5890
                                            Ser J220020 et al
                                            December 28, 2021
```

If your clients do not agree with this decision, be advised they have six months from the date of mailing of this letter to file suit in the appropriate Federal district court.

Alternatively, you may within the same six month period request reconsideration of the denial in accordance with the procedures set forth at 32 C.F.R. §750.31. If you have any questions, please contact me by phone at (757) 341-4559 or email at kimberly.hattery@navy.mil.

These claims contain allegations that may fall within admiralty jurisdiction and, therefore, were reviewed by the Admiralty Counsel of the Navy. To the extent that they constitute admiralty claims, they are denied because the damages alleged did not result from any negligent act or omission on the part of an employee of the United States.

                                        Sincerely,

                                        *K. Lynn Hattery*

                                        K. LYNN HATTERY
                                        Tort Claims Attorney

Enclosure

```
                                              5890
                                              Ser J220020 et al
                                              December 28, 2021
```

**ENCLOSURE: LISTING OF CLAIMANTS/OUR CLAIM NOs J220020 THROUGH J220034:**

J220020 - Christine Grogan, Individually and on behalf of the Estate of O. Lamar Allen

J220021 - Lisa Michelson, Individually and on behalf of the Estate of Yonatan Rojany

J220022 - Eric Rojany, Individually and on behalf of the Estate of Yonatan Rojany

J220023 - Ronald Krick, Individually and on behalf of the Estate of Oliver R. Krick

J220024 - Christine Grogan, Individually and on behalf of the Estate of Ashton Allen

J220025 - Margareta Krick, Individually and on behalf of the Estate of Oliver R. Krick

J220026 - Douglas Kevorkian, Individually and on behalf of the Estate of Ralph G. Kevorkian

J220027 - Nicholas Zaharioudakis, Individually and on behalf of the Estate of Donald E. Gough

J220028 - Eileen Zaharioudakis, Individually and on behalf of the Estate of Donald E. Gough

J220029 - Todd Gaetke, Individually and on behalf of the Estate of Daniel Gaetke

J22030 - Craig Gaetke, Individually and on behalf of the Estate of Daniel Gaetke

J22031 - Wanda Kemp, Individually and on behalf of the Estate of O. Lamar Allen

J220032 - Michael Deteresa, Individually and on behalf of the Estate of Donald E. Gough

```
                                                5890
                                                Ser J220020 et al
                                                December 28, 2021
```

J220033 - Jodi Gearon, Individually and on behalf of the Estate of Daniel Gaetke

J22034 - Wanda Kemp, Individually and on behalf of the Estate of Ashton Allen