UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD KRICK, Individually and on Behalf of the Estate of Oliver Krick; MARGARETA KRICK; CHRISTOPHER KRICK; DOUGLAS KEVORKIAN, Individually and on Behalf of the Estate of Ralph Kevorkian; LISA MICHELSON, Individually and on Behalf of the Estate of Yonatan Rojany; ERIC ROJANY; JODELLE GEARON, Individually and on Behalf of the Estate of Daniel Gaetke; TODD GAETKE; CRAIG GAETKE; WANDA KEMP, Individually and on Behalf of the Estates of O. Lamar Allen and Ashton Allen; CHRISTINE GROGAN; EILEEN ZAHARIOUDAKIS, Individually and Behalf of the Estate of Donald Gough; and MICHAEL DETERESA, <br><br>    Plaintiffs <br><br>v. <br><br>RAYTHEON COMPANY; LOCKHEED MARTIN CORPORATION; UNITED STATES; and DOES 1 through 20, inclusive, <br><br>    Defendants. | Judge: Honorable Angel Kelley <br><br> Case No. 1:22-cv-11032-AK |

**DECLARATION OF JOHN RODDY IN SUPPORT OF PLAINTIFFS' COMBINED OPPOSITION TO DEFENDANTS RAYTHEON COMPANY AND LOCKHEED MARTIN CORPORATION'S MOTIONS TO DISMISS**

I, John Roddy, being first duly sworn, state as follows:

1. I am a Partner with the law firm of Bailey & Glasser LLP, with an office located at 176 Federal Street, Fifth Floor, Boston, Massachusetts 02110.

2.  I submit this declaration and the exhibits attached hereto in support of Plaintiffs' Combined Opposition to Defendants Raytheon Company and Lockheed Martin Corporation's Motions to Dismiss.

3.  Attached hereto as **Exhibit 1** is a true and correct copy of relevant portions of the Department of the Navy's policy titled "OPNAV 3770.2L, Department of the Navy Airspace Procedures and Planning," dated March 6, 2017.

4.  Attached hereto as **Exhibit 2** is a true and correct copy of relevant portions of FAA Order No. 7400.8M, titled "Special Use Airspace," dated January 6, 2006.

5.  Attached hereto as **Exhibit 3** is a true and correct copy of relevant portions of the FAA Aeronautical Information Manual published by Aviation Supplies & Academics, Inc., dated November 14, 1995.

6.  Attached hereto as **Exhibit 4** is a true and correct copy of the relevant portions of the Air Traffic Control Group Chairman's Factual Report concerning TWA 800, identified as Exhibit 3-A to NTSB Docket No. SA-516.

7.  Attached hereto as **Exhibit 5** is a true and correct copy of Part Q of the Air Traffic Control Group Chairman's Factual Report, concerning Special Use Airspace, also Identified as Exhibit 3-H to NTSB Docket No. SA-516.

8.  Recently, and after the date of filing of Plaintiffs' Second Amended Complaint, a joint initial inspection of the reconstructed wreckage of TWA 800 was conducted on January 26, 2023 in Ashburn, Virginia. Plaintiffs' experts, including specialists in explosives and metallurgy, identified portions of the wreckage that could lead to the discovery of new evidence that a missile downed TWA 800, including

fractured metallic components and possible chemical residues. My office has informally requested — via emails to the NTSB and DOJ's counsel — permission from the United States to collect samples and conduct such testing.

Signed under the pains and penalties of perjury this 10th day of February, 2023.

Dated: February 10, 2023                                            /s/ John Roddy
                                                                                  John Roddy (BBO No. 424240)

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) on February 10, 2023.

*/s/ John Roddy*
John Roddy