UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD KRICK, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>RAYTHEON COMPANY, *et al.*,<br><br>        Defendants. | 1:22-CV-11032-AK |

### LOCKHEED MARTIN CORPORATION'S RESPONSE TO ORDER FOR ADDITIONAL BRIEFING [90]

COMES NOW Defendant Lockheed Martin Corporation ("Lockheed Martin"), by and through its attorneys, Wilson Elser Moskowitz Edelman and Dicker LLP, and responds to this Court's Order to the parties to file additional briefing on the issue of venue with respect to Plaintiffs' Federal Tort Claim Act claim and to address whether the instant matter is properly before the Court as follows:

As Plaintiffs' Federal Tort Claim Act is directed solely at Defendant United States, Lockheed Martin takes no position with respect to the issue of venue with respect to said claim.

Respectfully submitted this 16th day of August, 2023.

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**

| | |
|---|---|
| /s/ *William J. Katt* | William T. Bogaert, BBO # 546321 |
| William J. Katt (PHV) | william.bogaert@wilsonelser.com |
| william.katt@wilsonelser.com | 260 Franklin Street, 14th Floor |
| John P. Loringer (PHV) | Boston, MA 02110-3112 |
| john.loringer@wilsonelser.com | |
| David A. Frank II (PHV) | Kathryn A. Grace (PHV) |
| david.frank@wilsonelser.com | kathryn.grace@wilsonelser.com |
| 555 East Wells Street, Suite 1730 | 8444 Westpark Drive, Suite 510 |
| Milwaukee, WI 53202 | McLean, VA 22102 |
| *Attorneys for Lockheed Martin Corporation* | |

2

## CERTIFICATE OF SERVICE

      I, William J. Katt, hereby certify that, on, the foregoing document was filed through the ECF system, the document will be sent electronically to the registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants.

      /s/ *William J. Katt*
      William J. Katt

280685083v.1