## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD KRICK, Individually and on Behalf of the Estate of Oliver Krick; MARGARETA KRICK; CHRISTOPHER KRICK; DOUGLAS KEVORKIAN, Individually and on Behalf of the Estate of Ralph Kevorkian; LISA MICHELSON, Individually and on Behalf of the Estate of Yonatan Rojany; ERIC ROJANY; JODELLE GEARON, Individually and on Behalf of the Estate of Daniel Gaetke; TODD GAETKE; CRAIG GAETKE; WANDA KEMP, Individually and on Behalf of the Estates of O. Lamar Allen and Ashton Allen; CHRISTINE GROGAN; EILEEN ZAHARIOUDAKIS, Individually and Behalf of the Estate of Donald Gough; and MICHAEL DETERESA, <br><br>       Plaintiffs, <br><br> v. <br><br> RAYTHEON COMPANY; LOCKHEED MARTIN CORPORATION; UNITED STATES; And DOES 1 through 20, inclusive, <br><br>       Defendants. | Civil Action No. 1:22-CV-11032-AK |

## <u>ORDER TRANSFERRING CASE</u>

**A. KELLEY, D.J.**

In accordance with the Court's Memorandum and Order (Dkt. No. 95) entered on September 29, 2023 and Plaintiffs' Response to Memorandum and Order (Dkt. No. 96), it is hereby **ORDERED** that the above-referenced matter be transferred to the United States District Court for Eastern District of New York.

Dated: October 13, 2023

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge